UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDY SMITH, | ) | CASE NO. CV 10-4977-JST (PJW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| STEVE TREVINO (WARDEN), | ) | |
| Respondent. | ) | |

For the reasons set forth in the Order filed herewith

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:    January 26, 2011

JOSEPHINE STATON TUCKER
_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

`C:\Temp\notesE1EF34\Trevino judgment.wpd`